Brendan Judge, Esq.
CONNELL FOLEY LLP
One Newark Center, 1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
973.436.5800
Cell: 908-216-6623
Fax: 973.436.5801
*Attorneys for Respondent/Appellant,*
*G&S Solar Installers LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZHEJIANG TOPOINT PHOTOVOLTAIC CO., LTD., <br><br> Petitioner, <br><br> -against- <br><br> G&S SOLAR INSTALLERS LLC, <br><br> Respondent. | Docket No.: 19-cv-16578 (KM)(JBC) <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Respondent, G&S Solar Installers LLC, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment and Order entered in this action on the 15th day of May 2020 granting Petitioner's Motion to Confirm the Arbitration Award and denying Respondent's Motion to Vacate the Arbitration Award.

CONNELL FOLEY LLP
*Attorneys for Respondent,*
*G&S Solar Installers LLC*

Dated: June 11, 2020                                    _____/s/ *Brendan Judge*_____
                                                                                Brendan Judge

03254/120026

5457270-1